# Exhibit A

DOCS_DE:234335.1 89006/001

United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: Avenue Stores LLC

Case Number: 19-11842

RECEIVED
NOV 21 2019
PRIME CLERK LLC

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Tanzara Int'l.
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor  VGS Int'l.

   ☑ Date Stamped Copy Returned
   ☐ No Self-Addressed Stamped Envelope
   ☐ No Copy Provided

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Tanzara Int'l.
   Name
   1407 Broadway Rm #3411
   Number    Street
   New York, NY   10018
   City         State    ZIP Code

   Contact phone  212-354-9276
   Contact email  longlengco@tanzara.com

   Where should payments to the creditor be sent? (if different)
   same
   Name
   Number    Street
   City         State    ZIP Code
   Contact phone
   Contact email

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____
   Filed on _____ / _____ / _____
              MM    DD    YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

191184280000311

Claim Number: 281

Official Form 410        Proof of Claim        page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ | |
| 7. How much is the claim? | $ 84,382.25 . Does this amount include interest or other charges? <br> ☒ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Goods sold. | |
| 9. Is all or part of the claim secured? | ☒ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $_____ <br><br> **Amount of the claim that is secured:** $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____ % <br> ☐ Fixed <br> ☐ Variable | |
| 10. Is this claim based on a lease? | ☒ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ | |
| 11. Is this claim subject to a right of setoff? | ☒ No <br> ☐ Yes. Identify the property: _____ | |

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies.<br><br>* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/20/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name:  Louie  Onglengco
        First name    Middle name    Last name

Title:  Controller

Company:  Tanzara Int'l.
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address:  1407  Broadway  Rm #3411
          Number  Street
          New York,  NY  10018
          City         State  ZIP Code

Contact phone:  212-354-9276    Email:  longlengco@tanzara.com

TEL: (212)354-9276
FAX: (212)921-1492

# STATEMENT

## TANZARA INTL / VGS INTL Inc.
1407 BROADWAY SUITE# 3411   New York , NY  10018

TELEPHONE : ()-
FAX : ()-
EMAIL :
ATTN. :

AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK , NJ  076626563

| DATE | CUST.NO. | PAGE |
|---|---|---|
| 8/20/2019 | AVEN01 | 1 |

Please refer to above customer number when making inquiries.

Return Top Portion with you remittance to insure proper credit to your account.

| DATE | REF # | CURRENT | 1 - 30 DAYS PAST DUE | 31 - 60 DAYS PAST DUE | OVER 60 DAYS PAST DUE |
|---|---|---|---|---|---|
| 5/30/2019 | 82093 | | | | 13,338.00 |
| 5/30/2019 | 82094 | | | | 15,600.00 |
| 7/23/2019 | 82107 | | 8,288.00 | | |
| 7/23/2019 | 82108 | | 7,209.00 | | |
| 7/23/2019 | 82109 | | 2,803.50 | | |
| 7/23/2019 | 82110 | | 19,200.00 | | |
| 7/23/2019 | 82111 | | 8,343.75 | | |
| 7/23/2019 | 82112 | | 9,600.00 | | |

A monthly late payment charge of 1.5 % per month will appear on delinquent balances as applicable.

| | TOTAL CURRENT | TOTAL 1-30 DAYS PAST DUE | TOTAL 31-60 DAYS PAST DUE | TOTAL OVER 60 DAYS PAST DUE |
|---|---|---|---|---|
| | 0.00 | 55,444.25 | 0.00 | 28,938.00 |

PLEASE PAY THIS AMOUNT ========>   TOTAL AMOUNT DUE   84,382.25

| DUNS # | PAGE | | TANZARA INTL / VGS INTL Inc. | INVOICE# | DATE |
|---|---|---|---|---|---|
| | 1 | | Tanzara<br>1407 BROADWAY SUITE# 3411<br>New York, NY 10018 | 82093 | 5/30/2019 |

| | | TEL: (212) 354-9276 | | |
|---|---|---|---|---|
| SOLD TO | AVENUE STORES, LLC<br>ACCTS PAYABLE MERCHANDISING<br>P.O. BOX 6563<br>ROCHELLE PARK, NJ 07662-6563 | FAX: (212) 921-1492<br><br>**INVOICE** | SHIP TO | THE AVENUE<br>A DIV. OF UNITED RETAIL INC.<br>1501 EXPERIMENT FARM ROAD<br>TROY, OH 45373 |

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 30592 0 | 51 | DC | AVEN01 | 0 | | TOM DERRINGER | ROG 37 DAYS | 22 | TRIANGLE |

Payment Due: 05/30/2019   Total Pcs: 1026   Order #: 80221   Weight: 1,026.00   Cancel Date: 05/31/2019

| STYLE | COLOR | DESCRIPTION | 1X | 2X | 3X | 4X | 5X | | | | | | | | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1901 | NEUTRAL | PANTS | 146 | 310 | 310 | 146 | | | | | | | | | 912 | 13.00 | 0.00 | 11,856.00 |
| 1901 | BLACK | PANTS | 18 | 39 | 39 | 18 | | | | | | | | | 114 | 13.00 | 0.00 | 1,482.00 |

| | | |
|---|---|---|
| SUB TOTAL: | | 13,338.00 |
| FREIGHT: | | 0.00 |
| TOTAL DUE: $ | | 13,338.00 |

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

TEL: (212) 354-9276
FAX: (212) 921-1492

## INVOICE

| DUNS # | PAGE |
|---|---|
|  | 1 |

| INVOICE# | DATE |
|---|---|
| 82094 | 5/30/2019 |

**SOLD TO**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 30593 9 | 51 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 24 | TRIANGLE |

Payment Due: 05/30/2019   Total Pcs: 1200   Order #: 80222   Weight: 1,200.00   Cancel Date: 05/31/2019

| STYLE | COLOR | DESCRIPTION | 1X | 2X | 3X | 4X | 5X | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1901 | NEUTRAL | PANTS | 150 | 150 | 150 | 150 |  | 600 | 13.00 | 0.00 | 7,800.00 |
| 1901 | BLACK | PANTS | 150 | 150 | 150 | 150 |  | 600 | 13.00 | 0.00 | 7,800.00 |

SUB TOTAL: 15,600.00
FREIGHT: 0.00
TOTAL DUE: $ 15,600.00

| DUNS # | PAGE |
|---|---|
|  | 1 |

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

TEL:  (212) 354-9276
FAX:  (212) 921-1492

**INVOICE**

| INVOICE# | DATE |
|---|---|
| 82107 | 7/23/2019 |

**SOLD TO**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 332366 | 60 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due: 07/23/2019   Total Pcs: 518   Order #: 80232   Weight: 518.00   Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5486 | DARK WASH | JACKET | 131 | 189 | 53 | 94 | 51 | 518 | 16.00 | 0.00 | 8,288.00 |

|  |  |
|---|---|
| SUB TOTAL: | 8,288.00 |
| FREIGHT: | 0.00 |
| TOTAL DUE: $ | 8,288.00 |

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York , NY 10018

TEL: (212) 354-9276
FAX: (212) 921-1492

**INVOICE**

| DUNS # | PAGE |
|---|---|
|  | 1 |

| INVOICE# | DATE |
|---|---|
| 82110 | 7/23/2019 |

**SOLD TO:**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO:**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 332357 | 60 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due : 07/23/2019    Total Pcs: 1200    Order #: 80231    Weight: 1,200.00    Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5486 | DARK WASH | JACKET | 200 | 400 | 400 | 200 |  | 1,200 | 16.00 | 0.00 | 19,200.00 |

| | | |
|---|---|---|
| SUB TOTAL: | | 19,200.00 |
| FREIGHT: | | 0.00 |
| TOTAL DUE: $ | | 19,200.00 |

| DUNS # | PAGE |
|---|---|
|  | 1 |

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

| INVOICE# | DATE |
|---|---|
| 82108 | 7/23/2019 |

TEL: (212) 354-9276
FAX: (212) 921-1492

**INVOICE**

| SOLD TO | SHIP TO |
|---|---|
| AVENUE STORES, LLC<br>ACCTS PAYABLE MERCHANDISING<br>P.O. BOX 6563<br>ROCHELLE PARK, NJ 07662-6563 | THE AVENUE<br>A DIV. OF UNITED RETAIL INC.<br>1501 EXPERIMENT FARM ROAD<br>TROY, OH 45373 |

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 323382 | 35 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due: 07/23/2019    Total Pcs: 540    Order #: 80235    Weight: 540.00    Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5105 | MEDIUM WASH | SHIRT | 90 | 180 | 180 | 90 |  | 540 | 13.35 | 0.00 | 7,209.00 |

| | |
|---|---|
| SUB TOTAL: | 7,209.00 |
| FREIGHT: | 0.00 |
| TOTAL DUE: $ | 7,209.00 |

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

TEL: (212) 354-9276
FAX: (212) 921-1492

## INVOICE

| DUNS # | PAGE |
|---|---|
|  | 1 |

| INVOICE# | DATE |
|---|---|
| 82109 | 7/23/2019 |

**SOLD TO**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 323391 | 35 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due: 07/23/2019   Total Pcs: 210   Order #: 80236   Weight: 210.00   Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5105 | MEDIUM WASH | SHIRT | 43 | 72 | 24 | 30 | 41 | 210 | 13.35 | 0.00 | 2,803.50 |

| | |
|---|---|
| SUB TOTAL: | 2,803.50 |
| FREIGHT: | 0.00 |
| TOTAL DUE: $ | 2,803.50 |

Inv. # 82117

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

TEL: (212) 354-9276
FAX: (212) 921-1492

## INVOICE

| DUNS # | PAGE |
|---|---|
|  | 1 |

| INVOICE# | DATE |
|---|---|
| 82111 | 7/23/2019 |

**SOLD TO**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 323400 | 35 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due: 07/23/2019    Total Pcs: 625    Order #: 80237    Weight: 625.00    Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5105 | MEDIUM WASH | SHIRT | 72 | 154 | 176 | 109 | 114 | 625 | 13.35 | 0.00 | 8,343.75 |

|  |  |
|---|---|
| SUB TOTAL: | 8,343.75 |
| FREIGHT: | 0.00 |
| TOTAL DUE: $ | 8,343.75 |

Paid
Inv.# 82127

# TANZARA INTL / VGS INTL Inc.
Tanzara
1407 BROADWAY SUITE# 3411
New York, NY 10018

TEL: (212) 354-9276
FAX: (212) 921-1492

**INVOICE**

| DUNS # | PAGE |
|---|---|
|  | 1 |

| INVOICE# | DATE |
|---|---|
| 82112 | 7/23/2019 |

**SOLD TO**
AVENUE STORES, LLC
ACCTS PAYABLE MERCHANDISING
P.O. BOX 6563
ROCHELLE PARK, NJ 07662-6563

**SHIP TO**
THE AVENUE
A DIV. OF UNITED RETAIL INC.
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

| CUST. ORD | DEPT. # | STORE | CUST. # | OUR PO | VNDR. # | SALESMAN | TERMS | CTN | SHIP VIA |
|---|---|---|---|---|---|---|---|---|---|
| 332375 | 60 | DC | AVEN01 | 0 |  | TOM DERRINGER | ROG 37 DAYS | 0 | TRIANGLE |

Payment Due : 07/23/2019    Total Pcs: 600    Order #: 80233    Weight: 600.00    Cancel Date: 07/26/2019

| STYLE | COLOR | DESCRIPTION | 14/16 | 18/20 | 22/24 | 26/28 | 30/32 | QTY | PRICE | DISCT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5486 | DARK WASH | JACKET | 60 | 95 | 138 | 125 | 182 | 600 | 16.00 | 0.00 | 9,600.00 |

| | |
|---|---|
| SUB TOTAL: | 9,600.00 |
| FREIGHT: | 0.00 |
| TOTAL DUE: $ | 9,600.00 |

Date: 05/31/2019     BILL OF LADING     Original     Page 1 of 1

## SHIP FROM

TANZARA INTERNATIONAL
525 MAIN ST SUITE 4A

BELLEVILLE, NJ 07109
SID#:     FOB: [X]

Bill of Lading Number: 04000000003015375

## SHIP TO

AVENUE STORES LLC
C/O TI LOGISTICS
1501 EXPERIMENT FARM ROAD
TROY, OH 45373
CID#:     Loc #:     FOB: [ ]

Carrier: TI LOGISTICS
Trailer/Seal No's: 265586

SCAC/Pro:

## THIRD PARTY FREIGHT CHARGES BILL TO:

AVENUE STORES LLC
C/O TI LOGISTICS
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ___    Collect [X]    3rd Party ___

[ ] (check box) Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 305920 | 22 | 954 | Y | DEPT#51 |
| GRAND TOTAL | 22 | 954 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLTS | 22 | CTNS | 954 | | APPAREL | 49880 | 77.5 |

| 1 | 22 | 954 | GRAND TOTAL |
|---|---|---|---|

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $25.00 per Pound.

COD Amount: $ _____
Fee Terms: Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C._14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
[ ] By Shipper
[X] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.

Property described above is received in good order, except as noted.

5/31/19

Date: 07/23/2019    Page 1 of 1

## SHIP FROM
TANZARA INTERNATIONAL
525 MAIN ST SUITE 4A
BELLEVILLE, NJ 07109
SID#:    FOB: [X]

Bill of Lading Number: 04000000003015825

Carrier: TI LOGISTICS
Trailer:
Seal No's:
SCAC/Pro:

## SHIP TO
AVENUE STORES LLC    Loc #:
C/O TI LOGISTICS
1501 EXPERIMENT FARM ROAD
TROY, OH 45373
CID#:    FOB: [ ]

## THIRD PARTY FREIGHT CHARGES BILL TO:
AVENUE STORES LLC
C/O TI LOGISTICS
1501 EXPERIMENT FARM ROAD
TROY, OH 45373

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ____    Collect [X]    3rd Party ____

[ ] (check box) Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 323382 | 8 | 405 | Y | DEPT#35 |
| 323391 | 5 | 253 | Y | DEPT#35 |
| 332357 | 34 | 1574 | Y | DEPT#60 |
| 332366 | 16 | 740 | Y | DEPT#60 |
| GRAND TOTAL | 63 | 2972 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 4 | PLTS | 63 | CTNS | 2974 | | APPAREL | 49880 | 77.5 |

| 4 | 63 | 2974 | GRAND TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$25.00 per Pound

COD Amount: $ _____
Fee Terms: Collect: [ ]  Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. _14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature

SHIPPER SIGNATURE / DATE    Trailer Loaded:    Freight Counted:    CARRIER SIGNATURE / PICKUP DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.
[ ] By Shipper    [ ] By Shipper
[ ] By Driver    [ ] By Driver/pallets said to contain
                 [ ] By Driver/Pieces

7/23/2019

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.
Property described above is received in good order, except as noted.

7/23/19

63 CTN

# BILL OF LADING

| SHIP FROM | |
|---|---|
| TANZARA INTERNATIONAL<br>525 MAIN ST SUITE 4A<br><br>BELLEVILLE, NJ  07109<br>SID#: | FOB: **X** |

**Bill of Lading Number:** 04000000003015832

| SHIP TO | |
|---|---|
| AVENUE.COM<br>1501 EXPERIMENT FARM ROAD<br><br>TROY, OH  45373<br>CID#: | Loc #:<br><br>FOB: ☐ |

**Carrier:** TI LOGISTICS
**Trailer:**
**Seal No's:**
**SCAC/Pro:**

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| AVENUE.COM<br>1501 EXPERIMENT FARM ROAD<br><br>TROY, OH  45373 |

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid ___   Collect **X**   3rd Party ___

☐ (check box)  Master Bill of Lading with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 323400 | 11 | 557 | Y | DEPT#35 |
| 332375 | 22 | 873 | Y | DEPT#60 |
| GRAND TOTAL | 33 | 1430 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | PLTS | 33 | CTNS | 1430 | | APPAREL | 49880 | 77.5 |

| 2 | 33 | 1430 | GRAND TOTAL |
|---|---|---|---|

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
**$25.00** per **Pound**

**COD Amount:** $ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. _14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all the terms and conditions of the NMFC Uniform Straight Bill of Lading.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.

Property described above is received in good order, except as noted.

*[signature] 7/23/2019*   *[signature] 7/23/19*



# AVEDOT

AV4565   05/31/19

Avenue Dot Com

Troy, OH 45373

STAR DISTRIBUTION SERVICES   Belleville

TI Logistics

| 1000 | COL | 90.75 | AV4565 | | 21512022 |
|------|-----|-------|--------|-----|----------|
| 193 | | 0400000000301 | 05/31/19 | | 1 |
| 24 | 1108 | Wearing Apparel | | | |

| Store | PO | Dept | | Pcs | Wgt |
|-------|------|------|---|-----|------|
| | 305939 | R | | 24 | 1108 |

O/B trlr to Troy, Ohio:

LVDT 6852

★ Manifest # 446574

★ Departed Triangle: 6/2/19

nathrdz    8202268

08/20/19

# TI Logistics, LLC

9 Hackensack Avenue - Bldg 43  
Building 43  
Kearny, NJ 07032  
Generic Dispatch Report  
Phone (201)299-3910  Fax  (201)299-3528

Page 1 of 1

| 21512022 | Shipper: 019735 | Pickup At: STAR DISTRIBUTION SERVICES | Zone: 08 |
|---|---|---|---|
| Hot: | Name: STAR DISTRIBUTION SERVICES | 525 MAIN ST UNIT 4A | In: 05/28/2019  Tue  1:40 pm |
| Pcs: 24 | Phone: | 525 Main st, Unit 4A | Ready: 05/31/2019  Fri  9:00 am |
| Cubes: 325.00 | Division: TI Logistics | Belleville, NJ 07109 | Hours: 09:00 AM  04:00 PM |
| Lbs: 1,108.00 | Status: Closed    Location: TSC-NJ | Contact: ABEE ESGUERRA | Create: 05/28/2019 |
| Comment: Pick up | | (201)995-3500 | Change: 05/28/2019 |

| ### | Consignee | Pcs C/G | Cubes | Weight | Status | Consol. | BOL | PO Number | Driver | Trailer |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AVDOT<br>Avenue Dot Com | 24 Ctn | 325.00 | 1,108.00 | Strped | | | 305939 | 193<br>JUSTIN HONINGER | SJTW193 |

