# Exhibit B

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

TANZARA INTERNATIONAL
1407 BROADWAY SUITE
3411 NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684722 | 05/22/2019 | 05/30/2019 | $ 22,885.03 | 034669-2019 | 04/01/2019 | -$ 104.72 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 034736-2019 | 04/01/2019 | - 669.76 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 034857-2019 | 04/15/2019 | - 310.20 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 034878-2019 | 04/22/2019 | - 487.18 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 034941-2019 | 04/29/2019 | - 375.06 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12348-2019 | 03/29/2019 | - 114.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12355-2019 | 03/29/2019 | - 278.25 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12420-2019 | 04/11/2019 | - 206.50 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12454-2019 | 04/18/2019 | - 535.50 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12470-2019 | 04/19/2019 | - 100.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12514-2019 | 04/29/2019 | - 711.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12515-2019 | 04/29/2019 | - 106.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12516-2019 | 04/29/2019 | - 573.50 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12569-2019 | 05/07/2019 | - 60.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 12570-2019 | 05/07/2019 | - 120.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 81995-2019 | 03/15/2019 | 7,196.16 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 81996-2019 | 03/15/2019 | 407.59 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 81999-2019 | 03/15/2019 | 8,379.47 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 82000-2019 | 03/22/2019 | 6,776.08 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 82001-2019 | 03/15/2019 | 5,855.87 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 942-78983-2019 | 04/18/2019 | - 100.00 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 948-78983-2019 | 05/09/2019 | - 74.40 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | 950-78983-2019 | 05/16/2019 | - 45.20 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | EL502392-2019 | 04/17/2019 | - 312.48 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023015-2019 | 03/28/2019 | - 55.83 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023059-2019 | 04/04/2019 | - 106.71 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023099-2019 | 04/11/2019 | - 156.35 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023175-2019 | 04/25/2019 | - 87.31 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023234-2019 | 05/02/2019 | - 15.33 |
| 684722 | 05/22/2019 | 05/30/2019 | 22,885.03 | PT0023249-2019 | 05/02/2019 | - 24.86 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | 685131 | 05/29/2019 | 06/05/2019 | 3,215.60 | 035007-2019 | 05/27/2019 | - 1,348.82 |
| 43 | 685131 | 05/29/2019 | 06/05/2019 | 3,215.60 | 035021-2019 | 05/27/2019 | - 738.26 |
| 44 | 685131 | 05/29/2019 | 06/05/2019 | 3,215.60 | 82011-2019 | 04/02/2019 | 5,340.90 |
| 45 | 685131 | 05/29/2019 | 06/05/2019 | 3,215.60 | PT0023382-2019 | 05/23/2019 | - 38.22 |
| 46 | 685648 | 06/12/2019 | 06/20/2019 | 26,658.46 | 12693-2019 | 06/04/2019 | - 256.50 |
| 47 | 685648 | 06/12/2019 | 06/20/2019 | 26,658.46 | 82017-2019 | 04/08/2019 | 15,628.04 |
| 48 | 685648 | 06/12/2019 | 06/20/2019 | 26,658.46 | 82018-2019 | 04/08/2019 | 7,051.68 |
| 49 | 685648 | 06/12/2019 | 06/20/2019 | 26,658.46 | 82019-2019 | 04/08/2019 | 4,235.24 |
| 50 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | 82006-2019 | 04/02/2019 | 5,340.90 |
| 51 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | 82007-2019 | 04/02/2019 | 2,096.53 |
| 52 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | 82008-2019 | 04/02/2019 | 2,237.08 |
| 53 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | 82009-2019 | 04/02/2019 | 7,109.48 |
| 54 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | 82010-2019 | 04/02/2019 | 7,097.77 |
| 55 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | PT0023428-2019 | 05/30/2019 | - 1.99 |
| 56 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | PT0023434-2019 | 05/30/2019 | - 34.44 |
| 57 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | PT0023524-2019 | 06/13/2019 | - 45.74 |
| 58 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | PT0023576-2019 | 06/20/2019 | - 16.17 |
| 59 | 686352 | 06/26/2019 | 07/02/2019 | 23,743.08 | PT0023590-2019 | 06/20/2019 | - 40.34 |
| 60 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 035173-2019 | 06/24/2019 | - 510.88 |
| 61 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82033-2019 | 04/26/2019 | 10,182.84 |
| 62 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82034-2019 | 04/26/2019 | 4,525.71 |
| 63 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82035-2019 | 04/26/2019 | 6,012.73 |
| 64 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82036-2019 | 04/26/2019 | 7,494.83 |
| 65 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82037-2019 | 04/26/2019 | 2,213.65 |
| 66 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82038-2019 | 04/26/2019 | 4,469.49 |
| 67 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82039-2019 | 04/26/2019 | 2,586.12 |
| 68 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82040-2019 | 04/26/2019 | 646.53 |
| 69 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82041-2019 | 04/26/2019 | 2,529.90 |
| 70 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82042-2019 | 04/26/2019 | 632.47 |
| 71 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82043-2019 | 04/26/2019 | 10,603.09 |
| 72 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82044-2019 | 04/26/2019 | 1,901.63 |
| 73 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82045-2019 | 04/26/2019 | 11,525.10 |
| 74 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82046-2019 | 04/26/2019 | 24,663.72 |
| 75 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82047-2019 | 04/26/2019 | 6,780.59 |
| 76 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | 82048-2019 | 04/26/2019 | 11,525.10 |
| 77 | 686413 | 07/09/2019 | 07/12/2019 | 107,671.68 | PT0023627-2019 | 06/27/2019 | - 110.94 |
| 78 | TOTAL | | | $ 184,173.85 | 35 | | |